UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA THOMPSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NARINDER SAUKHLA, *et al.*,<br><br>　　　　　Defendants. | No. 2:18-cv-02422-WBS-KJN<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE REQUEST FOR AN EXTENSION OF TIME TO SERVE COMPLAINT** |

   Plaintiff having shown good cause for extension of time to serve complaint, this Court grants Plaintiff's Ex Parte Request for a sixty (60) day extension, and orders Plaintiff to serve Defendants Jessica Zydel, RN, John Carson, RN, Ryan Davis, M.D., and Kibriyaa Taajwar with the complaint on or before January 4, 2019.

   IT IS SO ORDERED.

Dated: November 6, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE