1  CARTER C. WHITE, CSB # 164149
   KING HALL CIVIL RIGHTS CLINIC
2  U.C. Davis School of Law
   One Shields Avenue, Building TB-30
3  Davis, CA 95616-8821
4  Telephone: 530.752.5440
   Facsimile: 530.752.5788
5  ccwhite@ucdavis.edu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA THOMPSON, individually and as successor in interest of KEITH AUSTIN THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>NARINDER SAUKHLA, M.D; RN JOSEPH; RN PORTUGAL; RN NAIDOO; RN J. KIM; BETHLEHEM HAILE, M.D; DOEs 1 through 20; KARIM EL-NOKRASHY, D.D.S.; MASARU OSHITA, M.D.; RYAN DAVIS, M.D.; ROBERT JESINGER, M.D.; RN JOHN CARSON; RN JESSICA ZYDEL; NORTHBAY HEALTHCARE CORPORATION d/b/a NORTHBAY VACAVALLEY HOSPITAL; KIBRIYAA TAAJWAR,<br><br>Defendants. | No. 2:18-cv-02422-WBS-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME TO AMEND COMPLAINT** |

Pursuant to Local Rule 143 the undersigned stipulate and request that the Court enter an Order extending the time for Plaintiff to amend her complaint by seven days, as follows:

1. On November 9, 2018, Defendants El-Nokrashy, Haile, Joseph, Kim, Naidoo, Portugal, and Saukhla (State Defendants) moved to dismiss the complaint in this matter.

1

2. Pursuant to Rule 15(a)(1)(B), Plaintiff has until November 30, 2018, to file an amended complaint.

3. The parties ask the Court to extend the deadline for the filing of Plaintiff's Amended Complaint to on or before December 7, 2018, an extension of seven days.

4. Good cause exists for this extension of time as Plaintiff is represented by the UC Davis Civil Rights Clinic. The law school at UC Davis recently was essentially closed for the better part of two weeks due to excessive smoke from the nearby fires. In addition, the law students working on this case need a short extension to incorporate information provided to them by an expert witness.

Dated: November 30, 2018                Respectfully Submitted,

*/S/ Carter C. White*

Carter C. White
Attorney

*Counsel for Plaintiff Felicia Thompson*

*/S/ Diana Esquivel*

Diana Esquivel
Deputy Attorney General

*Counsel for Defendants El-Nokrashy, Haile, Joseph, Kim, Naidoo, Portugal, and Saukhla*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA THOMPSON, individually and as successor in interest of KEITH AUSTIN THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>NARINDER SAUKHLA, M.D; RN JOSEPH; RN PORTUGAL; RN NAIDOO; RN J. KIM; BETHLEHEM HAILE, M.D; DOEs 1 through 20; KARIM EL-NOKRASHY, D.D.S.; MASARU OSHITA, M.D.; RYAN DAVIS, M.D.; ROBERT JESINGER, M.D.; RN JOHN CARSON; RN JESSICA ZYDEL; NORTHBAY HEALTHCARE CORPORATION d/b/a NORTHBAY VACAVALLEY HOSPITAL; KIBRIYAA TAAJWAR,<br><br>Defendants. | No. 2:18-cv-02422-WBS-KJN<br><br>**ORDER FOR EXTENSION OF TIME TO AMEND COMPLAINT** |

The parties have stipulated, and good cause having been shown it is hereby

ORDERED that Plaintiff shall have until on or before December 7, 2018, to file an Amended Complaint in response to the Motion to Dismiss of Defendants El-Nokrashy, Haile, Joseph, Kim, Naidoo, Portugal, and Saukhla (State Defendants).

Dated: December 3, 2018

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE