XAVIER BECERRA, State Bar No. 118517
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7320
 Facsimile: (916) 322-8288
 E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants Haile, Naidoo, Portugal, and Saukhla*

CARTER C. WHITE, CSB # 164149
KING HALL CIVIL RIGHTS CLINIC
U.C. Davis School of Law
 One Shields Avenue, Building TB-30
 Davis, CA 95616-8821
 Telephone: 530.752.5440
 Facsimile: 530.752.5788
ccwhite@ucdavis.edu
*Attorneys for Plaintiff Felicia Thompson*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FELICIA THOMPSON,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**NARINDER SAUKHLA, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | No. 2:18-cv-02422 WBS-KJN<br><br>**STIPULATED REQUEST FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AND EXTENSION TO FILE RESPONSE TO THE COMPLAINT**<br><br>Trial Date:　　Not yet set<br>Action Filed:　September 3, 2018 |

/ / /

/ / /

/ / /

/ / /

1

Under Federal Rules of Civil Procedure 6(b)(1)(A) and 15(a)(2) and Local Rule 144(a), the parties, through their respective counsel of record, stipulate to and request that Defendants be excused from responding to the first amended complaint (ECF No. 23), permit Plaintiff to file a second amended complaint, and the Defendants' response to the second amended complaint be due fourteen days after its filing. Good cause exists to grant this request because Plaintiff has identified another heir of decedent Kevin Thompson who is an indispensable party and requires time to identify and substitute in the "Doe" Defendants.

On December 7, 2018, Plaintiff filed her first amended complaint naming four medical professionals, three correctional officers, and several unidentified medical and custody staff at the California Medical Facility (CMF). (ECF No. 23.) Plaintiff also omitted several previously named medical professionals, including CMF doctor El-Nokrashy and nurses Joseph and Kim. (*Id*.) At the time she filed her first amended complaint, Plaintiff was unaware that the decedent had another child, who may have a right to assert a claim for the death of the decedent.

Defendants' response to the amended complaint is due December 21, 2018. Counsel for the CMF Defendants, Diana Esquivel, intended to request an extension to file the response to ascertain whether the CMF officers named in the first amended complaint had been served and whether she would be representing them in this action. She contacted Plaintiff's attorney, Carter White, to discuss the matter.

Counsel met and conferred on December 19, 2018. Based on the recent identification of another potential claimant, Mr. White intends to amend the complaint to add the newly discovered heir as a nominal Defendant. Also, Mr. White needs time identify and substitute the true names of the Doe Defendants. Mr. White and his law students are reviewing the relevant records to determine which individuals need to be identified. However, the law students have started their winter break, and will not be able to complete their review until after the holidays. Ms. Esquivel has agreed to assist Mr. White with identifying the specific individuals once he provides the records with the illegible signatures or names. For these reasons, good cause exists to grant Plaintiff leave to file a second amended complaint.

1  The parties agree and proposed that Plaintiff file her second amended complaint on or
2  before January 14, 2019.  Defendants' response to the second amended complaint will be due
3  fourteen days after the amended pleading is filed as required under Rule 15(a)(3).
4      IT IS SO STIPULATED.

Dated:  December 20, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants Haile, Naidoo, Portugal, and Saukhla*

Dated:  December 20, 2018

KING HALL CIVIL RIGHTS CLINIC

*/s/ Carter C. White* (as authorized 12/19/18)

CARTER C. WHITE
Attorney

YANA PAVLOVA
DEVON STEIN
Certified Law Students

*Attorneys for Plaintiff Felicia Thompson*

SA2018302831
33708473.docx

**ORDER**

Good cause appearing, the parties' stipulated request is GRANTED.

Defendants need not file a response to the first amended complaint, filed on December 7, 2018. (ECF No. 23.) Plaintiff shall file the second amended complaint on or before January 14, 2019. Defendants' response to the second amended complaint shall be due fourteen days after the filing of the second amended complaint as required under Federal Rule of Civil Procedure 15(a)(3).

IT IS SO ORDERED.

Dated: December 20, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE