JAMES M. NELSON, ESQ. (State Bar No. 91682); jnelson@dndmlawyers.com
FRANCES BRUCE, ESQ. (State Bar No. 270826); fbruce@dndmlawyers.com
DONNELLY NELSON DEPOLO MURRAY & EFREMSKY
A Professional Corporation
201 North Civic Drive, Suite 239
Walnut Creek, CA 94596
Tel. No. (925) 287-8181
Fax No. (925) 287-8188

Attorneys for Defendant
MASARU OSHITA, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA THOMPSON, individually and as successor in interest of KEITH AUSTIN THOMPSON,<br><br>Plaintiffs,<br><br>vs.<br><br>NARINDER SAUKHLA, M.D.; RN JOSEPH; RN PORTUGAL; RN NAIDOO; RN J. KIM; BETHLEHEM HAILE, M.D.; DOES 1 through 20; KARIM EL-NOKRASHY, D.D.S.; MASARU OSHITA, M.D.; RYAN DAVIS, M.D.; ROBERT JESINGER, M.D.; RN JOHN CARSON; RN JESSICA ZYDEL; NORTHBAY HEALTHCARE CORPORATION d/b/a NORTHBAY VACAVALLEY HOSPITAL; KIBRIYAA TAAJWAR,<br><br>Defendants. | Case No. 2:18-CV-02422-WBS-KJN<br><br>**STIPULATION AND ORDER RE DISMISSAL OF DEFENDANT MASARU OSHITA, M.D.**<br><br>**Complaint Filed: September 3, 2018**<br>**Trial: Not assigned**<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>**HON. WILLIAM B. SHUBB,**<br>**COURTROOM 5** |

## **STIPULATION**

On September 3, 2018, plaintiff Felicia Thompson ("Plaintiff") filed a complaint for violations of civil rights and state law.

On November 9, 2018, defendants Narinder Saukhla, M.D., RN Joseph, RN Portugal, RN Naidoo, RN J. Kim, Bethlehem Haile, M.D., and Karin El-Nokrashy, DDS, filed a motion to dismiss.

/ / /

/ / /

1

2:18-CV-02422-WBS-KJN: STIPULATION AND ORDER RE DISMISSAL OF DEFENDANT MASARU OSHITA, M.D.

*706-10781/FB/474224.doc*

On November 13, 2018, defendant Masaru Oshita, M.D., filed a motion to dismiss and a motion to strike claims in plaintiff's complaint.

On December 3, 2018, the Honorable William B. Shubb signed an order granting plaintiff until December 7, 2018 to file an amended complaint in response to the motion to dismiss of defendants Narinder Saukhla, M.D., RN Joseph, RN Portugal, RN Naidoo, RN J. Kim, Bethlehem Haile, M.D., and Karin El-Nokrashy, DDS.

On December 7, 2018, plaintiff filed the first amended complaint for violations of civil rights and state law. Plaintiff's first amended complaint for violation of civil rights and state law fails to name as a defendant Masaru Oshita, M.D.

The parties to this action, through their undersigned counsel, stipulate as follows:

Defendant Masaru Oshita, M.D., is hereby DISMISSED from this action.

Dated: December 19, 2018

DONNELLY NELSON DEPOLO MURRAY & EFREMSKY

By: /s/ Frances Bruce
FRANCES BRUCE
Attorneys for Defendant
Masaru Oshita, M.D.

Dated: December 19, 2018

KING HALL CIVIL RIGHTS CLINIC

By: /s/ Carter C. White
Carter C. White
Attorneys for Plaintiff
Felicia Thompson

# **ORDER**

The parties have stipulated, and good cause having been shown, IT IS HEREBY ORDERED that defendant Masaru Oshita, M.D., is DISMISSED.

Dated: December 28, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE