IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FELICIA THOMPSON,** | No. 2:18-cv-02422 WBS-KJN |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR TWO-WEEK EXTENSION TO RESPOND TO THE SECOND AMENDED COMPLAINT** |
| v. | |
| **NARINDER SAUKHLA, et al.,** | |
| Defendants. | |

Good cause appearing and there being no objection from Plaintiff, Defendants' request for a two-week extension is GRANTED.

Defendants' response to the second amended complaint shall be filed and served on or before February 11, 2019.

IT IS SO ORDERED.

Dated: January 29, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1