1  XAVIER BECERRA, State Bar No. 118517
    Attorney General of California
2  PETER A. MESHOT, State Bar No. 117061
    Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
    Deputy Attorney General
4    1300 I Street, Suite 125
    P.O. Box 944255
5    Sacramento, CA 94244-2550
    Telephone: (916) 210-7320
6    Facsimile: (916) 322-8288
    E-mail: Diana.Esquivel@doj.ca.gov
7  *Attorneys for Defendants Haile, Naidoo,*
   *Portugal, and Saukhla*
8

CARTER C. WHITE, CSB # 164149
KING HALL CIVIL RIGHTS CLINIC
U.C. Davis School of Law
 One Shields Avenue, Building TB-30
 Davis, CA 95616-8821
 Telephone: 530.752.5440
 Facsimile: 530.752.5788
 ccwhite@ucdavis.edu
*Attorneys for Plaintiff Felicia Thompson*

9            IN THE UNITED STATES DISTRICT COURT

10         FOR THE EASTERN DISTRICT OF CALIFORNIA

11                  SACRAMENTO DIVISION

12

13

14  **FELICIA THOMPSON,**

                              Plaintiff,
15
        v.
16

17  **NARINDER SAUKHLA, et al.,**

18                          Defendants.

19

No. 2:18-cv-02422 WBS-KJN

**STIPULATED REQUEST FOR TEN-
DAY EXTENSION FOR DEFENDANTS
TO FILE RESPONSE TO THE SECOND
AMENDED COMPLAINT**

Trial Date:      Not yet set
Action Filed:   September 3, 2018

20         Under Federal Rules of Civil Procedure 6(b)(1)(A) and Local Rule 144(a), the parties,

21  through their respective counsel of record, stipulate to and request a ten-day extension, up to and

22  including February 21, 2019, for Defendants Haile, Naidoo, Portugal, and Saukhla to respond to

23  the Second Amended Complaint.  Defendants' response is currently due on February 11, 2019,

24  based on Defendants' prior request for an extension.  (*See* ECF Nos. 36, 37.)

25         Good cause exists to grant this request because Defendants Naidoo and Portugal will be

26  represented by the attorneys at Longyear, O'Dea & Lavra of Sacramento.  Deputy Attorney

27  General Diana Esquivel is working with the Longyear attorneys to execute the substitutions of

28

                                1

attorney, and the Longyear attorneys require additional time to familiarize themselves with the case to adequately respond to the Second Amended Complaint.

Also, Ms. Esquivel will be representing Defendants Briggs, Cortez, and Galvan that were recently served. Ms. Esquivel received the officers' request for representation on February 4. Although the officers' response is not due until March, Ms. Esquivel has determined that it would be more efficient to file a single answer on behalf of all the Defendants she is and will be representing. She needs additional time to investigate the claims against the officers so she can properly answer the Second Amended Complaint on their behalf.

The parties do not believe this requested extension will delay any matter in this case, and Defendants anticipate filing their answer or response before the February 25, 2019 Scheduling Conference.

IT IS SO STIPULATED.

Dated: February 8, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants Haile, Naidoo, Portugal, and Saukhla*

Dated: February 8, 2019

KING HALL CIVIL RIGHTS CLINIC

*/s/ Carter C. White* (as authorized 2/8/19)

CARTER C. WHITE
Attorney

YANA PAVLOVA
DEVON STEIN
Certified Law Students

*Attorneys for Plaintiff Felicia Thompson*

SA2018302831
33778448.docx

Stipulation for 10-Day Extension for Defs. to Respond to Second Amended Complaint  (2:18-cv-2422 WBS-KJN)

**ORDER**

Good cause appearing, the parties' stipulated request is GRANTED.

Defendants Haile, Naidoo, Portugal, and Saukhla shall file their response to the Second Amended Complaint on or before February 21, 2019.

IT IS SO ORDERED.

Dated:  February 8, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE