UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA THOMPSON, individually and as successor in interest of KEITH AUSTIN THOMPSON, <br><br> Plaintiff, <br><br> v. <br><br> NARINDER SAUKHLA, M.D., et al, <br><br> Defendants. | No. 2:18-cv-02422-WBS-KJN <br><br> **ORDER MODIFYING SCHEDULING ORDER** |

The Court, having considered the parties' stipulation, finds good cause to modify the schedule and hereby ORDERS the following modifications to the schedule in this case:

| | |
|---|---|
| Expert disclosure | December 4, 2020 |
| Rebuttal expert disclosure | January 8, 2021 |
| Completion of discovery | February 5, 2021 |
| Dispositive motions filing deadline | March 8, 2021 |
| Final Pretrial Conference | **May 24, 2021, 1:30 p.m.** |
| Jury Trial | **July 27, 2021, 9:00 a.m.** |

Dated:  July 20, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order Modifying Scheduling Order – No. 2:18-cv-02422-WBS-KJN             1