LONGYEAR & LAVRA, LLP
Van Longyear, CSB No. 84189
Nicole M. Cahill, CSB No. 287165
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendants RUTH PORTUGAL, RN
and SILOCHANA NAIDOO, RN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA THOMPSON, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST OF KEITH AUSTIN THOMPSON,<br><br>    PLAINTIFF,<br><br>V.<br><br>NARINDER SAUKHLA, M.D, ET AL.<br><br>    DEFENDANTS. | Case No. 2:18-CV-02422-WBS-KJN<br><br>**STIPULATION AND ORDER FOR PARTIAL DISMISSAL AS TO DEFENDANT SILOCHANA NAIDOO, RN** |

1. In consideration for a waiver of all attorney's fees and litigation costs, the Plaintiff has agreed to dismiss with prejudice any and all claims arising from their Complaint against Defendant Silochana Naidoo, RN.

2. Each side to bear its own fees and costs.

Dated: March 3, 2021                         LONGYEAR & LAVRA, LLP


                                             By: /s/ Nicole M. Cahill
                                                 VAN LONGYEAR
                                                 NICOLE M. CAHILL
                                                 Attorneys for Defendants
                                                 RUTH PORTUGAL, RN and
                                                 SILOCHANA NAIDOO, RN

STIPULATION AND ORDER FOR PARTIAL DISMISSAL AS TO DEFENDANT SILOCHANA NAIDOO, RN
Page 1

Dated: March 3, 2021                                U.C. DAVIS SCHOOL OF LAW

                                                    By: /s/ Carter C. White [as authorized on 3-1-21]
                                                        CARTER C. WHITE
                                                        Attorney for Plaintiff

**ORDER**

    Pursuant to the stipulation, the Defendant Silochana Naidoo, RN is hereby dismissed, with prejudice.

Dated:  March 3, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE