Carter C. White, CSB No. 164149
King Hall Civil Rights Clinic
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-8821
Phone: (530) 752-5440

Attorneys for Plaintiff FELICIA THOMPSON

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA THOMPSON, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST OF KEITH AUSTIN THOMPSON,<br><br>    PLAINTIFF,<br><br>V.<br><br>NARINDER SAUKHLA, M.D, ET AL.<br><br>    DEFENDANTS. | Case No. 2:18-CV-02422-WBS-KJN<br><br>**STIPULATION AND ORDER FOR PARTIAL DISMISSAL AS TO DEFENDANTS MONICA R. CORTEZ, ANDRES D. GALVAN, AND BETHLEHEM HAILE, M.D.** |

1. In consideration for a waiver of all attorney's fees and litigation costs, the Plaintiff has agreed to dismiss with prejudice any and all claims arising from their Complaint against Defendants Monica R. Cortez, Andres D. Galvan, and Bethlehem Haile, M.D.
2. Each side to bear its own fees and costs.

Dated:  March 14, 2021                   KING HALL CIVIL RIGHTS CLINIC

                                            */S/ Carter C. White*
                                 By:_____
                                       CARTER C. WHITE
                                       Attorney for Plaintiff
                                       FELICIA THOMPSON

Dated: March 14, 2021

OFFICE OF THE ATTORNEY GENERAL,
STATE OF CALIFORNIA

*/S/ Diana Esquivel*

By: _____
DIANA ESQUIVEL
Attorneys for Defendants
BRIAN BRIGGS, MONICA R. CORTEZ,
ANDRES D. GALVAN, BETHLEHEM
HAILE, M.D. and NARINDER SAUKHLA,
M.D.

## ORDER

Pursuant to the stipulation, Defendants Monica R. Cortez, Andres D. Galvan, and Bethlehem Haile, M.D. are hereby dismissed, with prejudice.

Dated: March 15, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE